No. 15,897.

Sprague *v.* Kouns et al.
(189 P. [2d] 454)

Decided January 26, 1948.

Per Curiam.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Stone and Mr. Justice Hays, participating.

Mr. O. Otto Moore, for plaintiff in error.

Mr. H. Lawrence Hinkley, Attorney General, Mr. Duke W. Dunbar, Deputy, Mr. Donald H. Meyer, Assistant, Mr. Ben L. Garman, for defendants in error.